1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

9

10

AKIKO IDA; and Y.I., a minor suing through his mother and legal representative, Akiko Ida

                    Plaintiffs,

        v.

JOE NOMURA,

                    Defendant.

Case No.: 4:25-cv-03474-KAW

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

11

12      IT IS HEREBY STIPULATED AND AGREED by and between the parties and /or

13   their respective counsel(s) that the above-captioned action is voluntarily dismissed,

14

15   with prejudice against the defendant Joe Nomura pursuant to the Federal Rules of

16   Civil Procedure 41(a)(1)(A)(ii).

17

18

19

20
_____
*Signature of Plaintiffs' counsel*

_____
*Signature of Defendant's counsel*

21

22   1660 S Amphlett Blvd Suite 315
23   San Mateo, CA 94402
     Tel.: (650) 475-6289
     Email: Andy.Liu@AptumLaw.us
24

1600 S Main Street, Suite 375
Walnut Creek, CA 94596
Tel.: (925) 974-1000
Email: laura@wclaw.com

25   *Attorney for Plaintiffs Akiko Ida and Y.I.*

*Attorney for Defendant Joe Nomura*

26   Dated: _____February 23, 2026_____

Dated: __February 23, 2026_____

27

28